# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN McNAMARA and**<br>**SUSAN McNAMARA** | **CIVIL ACTION NO.:** |
| **VERSUS** | **3:23-cv-462** |
| **NATIONWIDE MUTUAL**<br>**INSURANCE COMPANY** | |

## COMPLAINT

The Complaint of **JOHN McNAMARA and SUSAN McNAMARA** respectfully avers:

1. This is a claim for travel protection insurance benefits.

2. This Court has jurisdiction and venue under 28 U.S.C. 1332, as the parties are diverse and the amount in controversy exceeds $75,000 exclusive of interest and costs, and the events giving rise to this action took place within this district.

3. Defendant, **NATIONWIDE MUTUAL INSURANCE COMPANY** ("**NATIONWIDE**") is an insurance company incorporated in, and with its principal business established in, and a citizen of, a state other than Louisiana, and is authorized to do and doing business in Louisiana in this district.

4. At all relevant times, Plaintiffs, **JOHN McNAMARA and SUSAN McNAMARA**, both of lawful age and residents of East Baton Rouge Parish, Louisiana were insureds under a travel protection insurance policy written by Nationwide ("the Policy").

5. At all relevant times, the Policy was in full force and effect, and covered lost non-refundable travel costs and expenses incurred when the cancellation of the insured trip, paid, planned, and scheduled for February 2023 ("the Trip") was caused by the worsening of a disease condition of a non-traveling family member.

6.    On January 27, 2023, Plaintiffs provided notice to Nationwide that they were required to cancel the Trip due to Plaintiff, John McNamara's non-traveling mother and family member, diagnosed with Myelodysplasia, a progressive blood and bone marrow disease, having worsening symptoms in the past 14 days, in terms of declining blood count and sugar level, and requiring more extensive blood transfusions, and conditions of dizziness, unsteady gait, imbalance issues and overall weakness making it difficult, unsafe, and ill-advised for her ambulate without the direct assistance of family due to her risk of falling.

7.    Plaintiffs cancelled the Trip, and incurred pre-paid and non-refundable travel costs and expenses, including the costs of airfare and a cruise.

8.    Plaintiff, John McNamara, moved into and lived at his ill mother's home in February of 2023 during the time of the planned, but cancelled Trip as her medical condition rapidly continued to worsen, and remained living there until she died under Hospice care on April 17, 2023.

9.    Plaintiffs timely provided Nationwide with notice of claim and ample proof of loss documentation supporting their claim for travel protection benefits.

10.   Nationwide refused to promptly and fairly adjust and pay Plaintiffs' claim.

11.   Plaintiffs therefore seek payment of all amounts due under the Policy, plus all available penalties under the Louisiana Insurance Code against Nationwide, including double damages plus reasonable attorney fees, all totaling $95,000.

12.   A reasonable and prudent businessman would have paid Plaintiffs' claims after receiving the proof of loss Plaintiffs provided to Nationwide.

13.   Nationwide's failure to pay this claim was unreasonable, arbitrary and capricious, and without good cause.

14.   Despite receiving proof of loss demonstrating that Plaintiffs are entitled to benefits, Nationwide did not pay the claim within 30 days.

15.   Nationwide breached its obligations under the Policy to Plaintiffs by failing and refusing to pay benefits to them after receiving adequate proof of loss.

16.   Plaintiffs are entitled to an award of judicial interest on all money that Nationwide should have paid to them.

**WHEREFORE**, Plaintiffs pray for judgment against Nationwide as follows:

1.   For benefits owed under Policy terms, plus interest;

2.   For penalties under the Louisiana Insurance Code, including double damages plus attorney fees;

3.   For court costs;

5.   For trial by jury; and

6.   For all other relief as the facts and law may provide.

Respectfully submitted,

By: /s/ J. Price McNamara
**J. PRICE McNAMARA**
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Fascimile: 225-201-8313
price@jpricemcnamara.com
**ATTORNEY FOR**
**COMPLAINANTS**

SERVICE
Complaint will be served upon agent for service for defendant(s) by
Certified Mail with request for Waiver of Service of Summons.