UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN PRICE McNAMARA and
SUSAN N. McNAMARA,
PLAINTIFFS

v.                                                                           CIVIL ACTION NO.
                                                                             3:23-cv-00462-SDD-EWD

NATIONWIDE MUTUAL INSURANCE COMPANY,
DEFENDANT

## NOTICE OF SETTLEMENT

Plaintiffs John and Susan McNamara, hereby give notice that this case has been settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 22nd day of September 2023.

                                                        Respectfully submitted,

                                                        /s/ J. Price McNamara
                                                       J. Price McNamara
                                                       Bar Nos: LA 20291 & TX 24084626
                                                       10455 Jefferson Highway, Ste. 2B
                                                       Baton Rouge, LA 70809
                                                       Telephone: 225-201-8311
                                                       Facsimile: 225-612-6973
                                                       Email:  price@jpricemcnamara.com